IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3155 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **JUDGMENT** |
| | ) | |
| XAYKHAM MANNAVONG, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against the defendant Xaykham Mannavong providing the motion under 28 U.S.C. § 2255 is dismissed with prejudice and the defendant shall take nothing.

March 22, 2006.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　United States District Judge